**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **JERVAZZ BALLARD** | : |
| | : |
| **Debtor** | : |
| | : |
| | :   BK. NO. 17-11010 |
| | :   CHAPTER 13 |
| | : |
| | :   11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, AHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 17th day of July, 2017, I did serve a copy of the Objection to Proof of Claim of US Bank, NA on the following individuals:

| | |
|---|---|
| William C. Miller, Esquire | US Bank, NA |
| Chapter 13 Standing Trustee | C/O Thomas I. Puleo, Esquire |
| 124 Market Street, Ste. 1813 | KML Law Group |
| Philadelphia, PA 19107 | 701 Market Street, Ster. 5000 |
| | Philadelphia, PA  19106 |

DATE:   July 17, 2017            ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400