# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                          Bankruptcy No. 17-11010-AMC

JERVAZZ BALLARD

7722 Thouron Avenue

Philadelphia, PA 19150

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JERVAZZ BALLARD

7722 Thouron Avenue

Philadelphia, PA 19150

Counsel for debtor(s), by electronic notice only.

ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST   STE 1500
PHILADELPHIA, PA 19103-

                                   /S/ William C. Miller

Date: 9/14/2017                             _____

                                   William C. Miller, Esquire
                                   Chapter 13 Standing Trustee