## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JERVAZZ BALLARD,<br>        Debtor<br><br>JERVAZZ BALLARD<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY),<br>        Respondent | CHAPTER 13<br><br><br><br>NO. 17-11010 AMC |

### ORDER

AND NOW, upon consideration of the Debtor's Objection of the Proof of Claim of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) (Claim No. 6), and the Stipulation of the Parties, it is hereby ORDERED that U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) shall have an allowed secured claim in the amount of $29,097.42, with pre-petition arrearage in the amount of $7,874.42.

IT IS FURTHER ORDERED that Claimant shall amend its Proof of Claim consistent with the Parties' Stipulation and this Order, and that Debtor shall amend her Chapter 13 Plan to provide for full cure of the arrearage claim.

By the Court:

_____

Ashely M. Chan, U.S. Bankruptcy Judge

**Date: September 18, 2017**