**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **JERVAZZ BALLARD** | : | |
| | : | |
| **Debtor** | : | |
| | : | |
| | : | **BK. NO. 17-11010** |
| | : | **CHAPTER 13** |
| | : | |
| | : | **11 U.S.C.** |

**CERTIFICATION OF SERVICE**

I, AHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the

24th day of October, 2017, I did serve a copy of the Third Amended Chapter 13 Plan on

the following individuals:


William C. Miller, Esquire           All Creditors
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107


DATE:   October 24, 2017                    ATTORNEYS FOR DEBTOR


                                     /s/ Ashley M. Sullivan
                                     ASHLEY M. SULLIVAN, ESQUIRE
                                     FREEDMAN AND LORRY, P.C.
                                     1601 Market Street,  Ste. 1500
                                     Philadelphia, PA 19103
                                     (215)925-8400