**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVNIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **JERVAZZ BALLARD** | : | |
| | : | |
| Debtor | : | BANKRUPTCY NO. 17-11010 |
| | : | |
| | : | |
| US Bank, NA | : | |
| Movant | : | |

**DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC**
**STAY FILED BY US BANK, NA**

NOW COMES JERVAZZ BALLARD, by and through his attorney Ashley M. Sullivan, Esquire, and hereby files an answer to the Motion for Relief from the Automatic Stay.

1. Admitted.
2. Admitted
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.  Debtor has sufficient funds to cure any present delinquency.
9. Denied.
10. Denied.
11. Admitted.

WHEREFORE, Respondent respectfully requests that Movant's Motion to Relief from the Automatic Stay be denied.

                                      FREEDMAN AND LORRY, P.C.

BY:   /s/ Ashley M. Sullivan
         ASHLEY M. SULLIVIAN, ESQUIRE
         Attorney for Debtor

## CERTIFICATION

Petitioner certifies under penalty of perjury that the matters stated herein are true and correct to the best of her knowledge, information, and belief.

DATE: November 9, 2017
                        ATTORNEYS FOR DEBTOR

                        /s/ Ashley M. Sullivan
                        ASHLEY M. SULLIVAN, ESQUIRE
                        FREEDMAN AND LORRY, P.C.
                        1601 Market Street, 15th Floor
                        Philadelphia, PA 19103
                        (215)925-8400