# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| **JERVAZZ BALLARD** | : |
| Debtor | : |
| | : BK. NO. 17-11010 |
| | : CHAPTER 13 |
| | : 11 U.S.C. |

## CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 9th day of November, 2017, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay filed on US Bank, NA on the following individuals:

William C. Miller, Esquire          Rebecca A. Solarz, Esquire
Chapter 13 Standing Trustee       KML Law Group, P.C.
124 Market Street, Ste. 1813      701 Market Street, Ste. 5000
Philadelphia, PA 19107              Philadelphia, PA 19106


DATE: November 9, 2017            ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400