United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-11010-amc
Jervazz Ballard                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 2           Date Rcvd: Nov 29, 2017
                              Form ID: 152              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
db            +Jervazz Ballard,    7722 Thouron Avenue,    Philadelphia, PA 19150-2516
13865968      +City of Philadelphia,    800 Spring Garden Street,    Philadelphia, PA 19123-2616
13865970       Commonwealth of Pennsylvania,    1st Judicial District of PA,    Room 370, City Hall,
                Philadelphia, PA 19107
13865972       DSNB/Macy's,    P.O. Box 8218,    Monroe, OH 45050
13865973      +Enhanced Recovery Company,    P.O. Box 57547,    Jacksonville, FL 32241-7547
13865974      +First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
13884295      +Philadelphia Municipal Court, Traffic Division,    800 Spring Garden Street,
                philadelphia, Pa 19123-2616
13865975      +Rebecca A. Solarz, Esquire,    KML Law Group,    701 Market Street, Ste. 5000,
                Philadelphia, PA 19106-1541
13865976      +Stellar Recovery,    P.O. Box 48370,    Jacksonville, FL 32247-8370
13865978      +US Bank, NA as Trustee for,    PA Housing Financeq,    211 N. Front Street,    P.O. Box 15057,
                Harrisburg, PA 17105-5057
13865979      #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:25     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:35:50
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:18     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13872584       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:18
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13905997       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:38
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13962810       E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:25     City of Philadelphia,
                Law Department   Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13865969      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 30 2017 01:37:00     Commonwealth of PA,
                Office of Chief Counsel-UC division,    651 Boas Street,    Harrisburg, PA 17121-0725
13865971      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 30 2017 01:36:58
                Credit Collection Services,    P.O. Box 607,    Norwood, MA 02062-0607
13936966      +E-mail/Text: blegal@phfa.org Nov 30 2017 01:36:09     Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
13932065      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 30 2017 01:36:13     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13865977      +E-mail/Text: bankruptcy@sw-credit.com Nov 30 2017 01:36:08     SW Credit Systems LP,
                4120 International Parkway, Ste. 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 11
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2                  Date Rcvd: Nov 29, 2017
                              Form ID: 152                 Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              ASHLEY M. SULLIVAN     on behalf of Debtor Jervazz  Ballard asullivan@freedmanlorry.com,
               hbanks@freedmanlorry.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jervazz Ballard
    Debtor(s)

Case No: 17–11010–amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court