# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **JERVAZZ BALLARD** | : |
| | : |
| Debtor | : |
| | : |
| | :    BK. NO. 17-11010 |
| | :    CHAPTER 13 |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, AHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 6th day of October, 2017, I did serve a copy of the Amended Schedule J on the following individuals:

William C. Miller, Esquire          All Creditors
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107


DATE:   December 6, 2017          ATTORNEYS FOR DEBTOR

/s/ Ashley M. Sullivan
ASHLEY M. SULLIVAN, ESQUIRE
FREEDMAN AND LORRY, P.C.
1601 Market Street, Ste. 1500
Philadelphia, PA 19103
(215)925-8400