# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **JERVAZZ BALLARD** | : |
| | : |
| **Debtor** | : |
| | : |
| | :   BK. NO. 17-11010 |
| | :   CHAPTER 13 |
| | : |
| | :   11 U.S.C. |

## CERTIFICATION OF SERVICE

I, AHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 21st day of February, 2018, I did serve a copy of the Fifth Amended Chapter 13 Plan on the following individuals:

William C. Miller, Esquire           All Creditors
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107


DATE:   February 21, 2018            ATTORNEYS FOR DEBTOR


                                                  /s/ Ashley M. Sullivan
                                               ASHLEY M. SULLIVAN, ESQUIRE
                                               FREEDMAN AND LORRY, P.C.
                                               1601 Market Street, Ste. 1500
                                               Philadelphia, PA 19103
                                               (215)925-8400