# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **JERVAZZ BALLARD** | : |
| | : |
| **Debtor** | : |
| | : |
| | :    BK. NO. 17-11010 |
| | :    **CHAPTER 13** |
| | : |
| | :    11 U.S.C. |

## CERTIFICATION OF SERVICE

I, AHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 21st day of February, 2018, I did serve a copy of the Amended schedule J on the following individuals:

William C. Miller, Esquire      All Creditors
Chapter 13 Standing Trustee
124 Market Street, Ste. 1813
Philadelphia, PA 19107


DATE: February 21, 2018      ATTORNEYS FOR DEBTOR

    /s/ Ashley M. Sullivan
    ASHLEY M. SULLIVAN, ESQUIRE
    FREEDMAN AND LORRY, P.C.
    1601 Market Street, Ste. 1500
    Philadelphia, PA 19103
    (215)925-8400