**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **JERVAZZ BALLARD** | : |
| | : |
| **Debtor** | : |
| | : |
| | :  BK. NO. 17-11010 |
| | :  CHAPTER 13 |
| | : |
| | :  11 U.S.C. |

**CERTIFICATION OF SERVICE**

I, AHLEY M. SULLIVAN, attorney for the Debtor, hereby certify that on or about the 1st day of February, 2019, I did serve a copy of the Objection to Certification of Default on the following individuals:

William C. Miller, Esquire            US Bank, NA
Chapter 13 Standing Trustee           C/O Rebecca A. Solarz, Esquire
124 Market Street, Ste. 1813          KML Law Group
Philadelphia, PA 19107                701 Market Street, Ster. 5000
                                      Philadelphia, PA  19106

DATE:  February 1, 2019               ATTORNEYS FOR DEBTOR

                                      /s/ Ashley M. Sullivan
                                      ASHLEY M. SULLIVAN, ESQUIRE
                                      FREEDMAN AND LORRY, P.C.
                                      1601 Market Street, Ste. 1500
                                      Philadelphia, PA 19103
                                      (215)925-8400