**UNITED STATES BANKRUPTCY COURT**
**EATERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JERVAZZ BALLARD | : | |
| | : | |
| DEBTOR | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO. 17-11010 |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the OBJECTION TO CERTIFICATION OF DEFAULT filed on behalf of the above-captioned Debtor on February 1, 2019

                FREEDMAN AND LORRY, P.C.

                BY: /s/ Ashley M. Sullivan
                    ASHLEY M. SULLIVAN, ESQUIRE