# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jervazz Ballard
                Debtor

U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
                v.
Jervazz Ballard
                and
William C. Miller Esq.
                Trustee

Chapter 13

NO. 17-11010 AMC

## ORDER

AND NOW, this _____ day of _____, 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 29, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7722 Thouron Avenue Philadelphia, PA 19150.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 2, 2019**

_____
United States Bankruptcy Judge.

cc: See attached service list

Jervazz Ballard
7722 Thouron Avenue
Philadelphia, PA 19150

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Ashley M. Sullivan
1601 Market Street
Suite 1500
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532