UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERVAZZ BALLARD     Chapter 13

Debtor     Bankruptcy No. 17-11010-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this __30th__ day of __April__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ASHLEY M. SULLIVAN
FREEDMAN AND LORRY P.C.
1601 MARKET ST   STE 1500
PHILADELPHIA, PA 19103-

Debtor:
JERVAZZ BALLARD

7722 THOURON AVENUE

PHILADELPHIA, PA 19150